JAMES A. LEARY, as Executor of WILL W. BLACKMER, Deceased, Appellant and Respondent, *v.* CAPITOL TRUST COMPANY OF SCHENECTADY et al., Respondents and Appellants.

(Argued December 8, 1933; decided January 9, 1934.)

*Walter   A.   Fullerton*   for   plaintiff,   appellant   and respondent.

*George B. Smith* and *Laurence V. Benedict* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.   Not sitting: LEHMAN, J.